IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775<br>Hon. Catherine C. Blake |
| This Document Relates to<br>BHR and THA TRACK CASES listed on the attached Exhibit A. | |

## PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

The Court has considered Plaintiff's Motion to Substitute Counsel.

IT IS HEREBY ORDERED THAT Mr. Basil E. Adham be substituted as Plaintiff's lead counsel, in place of Mr. Matthew Yezierski, for the Plaintiffs identified on the attached Exhibit A, and that all correspondence, service, and motions shall be directed to Mr. Basil E. Adham. IT IS FURTHER ORDERED THAT Mr. Matthew Yezierski be removed from notices and communication regarding the above-captioned MDL case and all individual cases listed in the Exhibit A.

| | |
|---|---|
| 3/24/2021 | /s/ |
| DATE | Hon. Catherine C. Blake |